1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10
11
12
13
14
15
16

LARRY LOAGUE KNOX,

                      Petitioner,

         v.

KENNETH QUINN,

                      Respondent.

Case No.  C07-5330 RJB/KLS

ORDER TO SHOW CAUSE

17
18

     This matter comes before the Court on Petitioner's filing of a motion to proceed *in forma pauperis*. (Dkt. # 1, 3).

19

### DISCUSSION

20
21
22
23

     The court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a).  However, the court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963).

24
25
26
27
28

     Several district courts have ruled that denial of *in forma pauperis* status is not unreasonable when a prisoner is able to pay the initial expenses required to commence a lawsuit. *See Temple v. Ellerthorpe*, 586 F.Supp. 848 (D.R.I. 1984); *Braden v. Estelle*, 428 F.Supp. 595 (S.D.Tex. 1977); *U.S. ex rel. Irons v. Com. of Pa.*, 407 F.Supp. 746 (M.D.Pa. 1976); *Shimabuku v. Britton*, 357 F.Supp. 825 (D.Kan. 1973), *aff'd,* 503 F.2d 38 (10th Cir. 1974); *Ward v. Werner*, 61 F.R.D. 639 (M.D.Pa. 1974).

1    Petitioner's application to proceed *in forma pauperis* indicates that Petitioner has average monthly

2  receipts of $53.31 and an average spendable balance of $38.90.  (Dkt. # 3).  Thus, it would appear that

3  Petitioner has sufficient funds with which to pay the initial $5.00 filing fee.  However, Petitioner also

4  states that he is not presently employed.  (*Id*.).  If Petitioner is earning wages from any employment as an

5  inmate at the Monroe Correctional Complex, he should provide the Court with this information as this

6  would assist the Court in determining his eligibility for *in forma pauperis* status.

7

8    Accordingly, **IT IS ORDERED:**

9    (1)    Petitioner shall file an amended application **no later than September 28, 2007**, which

10          includes all earnings, if any, that Petitioner receives from employment as an inmate at the

11          Monroe Correctional Complex.

12   (2)    The Clerk is directed to send a copy of this Order to Petitioner.

13

14   DATED this   4th   day of September, 2007.

15

16

17                                    _____

                                      Karen L. Strombom
18                                    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2