UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY LOAGUE KNOX,

        Petitioner,

   v.

KENNETH QUINN,

        Respondent.

Case No.  C07-5330 RJB/KLS

ORDER EXTENDING PETITIONER'S TIME TO FILE A REPLY

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.  Before the Court is Petitioner's motion for an extension of time to file a reply to Respondent's answer.  (Dkt. # 18). Petitioner requests an extension from December 28, 2007 until February 23, 2008, so that he may address the 72 cases cited in Respondent's brief.  Petitioner states that the additional time is requested as he has limited access to the law library where he is housed at the Special Offenders Unit in Monroe.  Respondent filed no opposition to Petitioner's request for an extension.

Accordingly, it is **ORDERED:**

1. Petitioner may file reply brief not later than **February 23, 2008**;

2. The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 8) for **February 23, 2008**; and

ORDER
Page - 1

3. The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this  4th  day of January, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2