1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY LOAGUE KNOX,

                Petitioner,

        v.

KENNETH QUINN,

                Respondent.

Case No.  C07-5330 RJB/KLS

SECOND ORDER EXTENDING
PETITIONER'S  TIME TO FILE
A REPLY

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.   Before the Court is Petitioner's motion for an extension of time to file a reply to Respondent's answer.  (Dkt. # 20).  The Court previously granted a one month extension of time from December 28, 2007 until February 23, 2008.  (Dkt. # 19).  Petitioner requests an extension from February 23, 2008 until March 28, 2008, so that he may continue to address the 72 cases cited in Respondent's brief.  Petitioner states that the additional time is requested as he has limited access to the law library where he is housed at the Special Offenders Unit in Monroe.

Accordingly, it is **ORDERED:**

1.      Petitioner may file reply brief not later than **March 28, 2008**;

2.      The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 8) for **March 28, 2008**; and

ORDER
Page - 1

3.      The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this  25th   day of February, 2008.


                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER
Page - 2